

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00764-CV

**MED SHIELD AMBULANCE, INC.**,
Appellant

v.

Oscar **CASTANO**,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 21-05-40016-MCV
Honorable Maribel Flores, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND
JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED, the trial court's September 28, 2022, Order Denying Defendant's Motion to Dismiss is SET ASIDE without regard to the merits, and the case is REMANDED to the trial court for rendition of a judgment in accordance with the agreement of the parties. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Costs are assessed against the party that incurred them.

SIGNED April 19, 2023.

Lori I. Valenzuela, Justice